## NEW JERSEY REALTY COMPANY v. BOROUGH OF FORT LEE.

July 21, 1977. Certification to the Superior Court, Law Division is granted; and it is further ordered that the

32

cause is remanded to the Superior Court, Law Division, to conduct a plenary hearing in accordance with the directions given by this Court in the matter of *Harry B. Helmsley, et al. v. Borough of Fort Lee, et al.* (C–760–76), which order has been entered this day, to the end that the decision in this matter be reconsidered together with that in *Helmsley* and *Americana Associates v. Borough of Fort Lee* (A–2974–76); and it is further ordered that jurisdiction is retained.